IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV75 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANNA DIEKEN, | ) | ORDER FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U STOP CONVENIENCE SHOP, | ) | |
| | ) | |
| Garnishee. | ) | |

This matter is before this Court on plaintiff's application for writ of continuing garnishment (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The clerk of the court shall issue a writ of continuing garnishment against U Stop Convenience Shop, whose address is 2537 Randolph Street, Lincoln, Nebraska, 68510.

DATED this 19th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court