IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV75 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANNA DIEKEN, | ) | ORDER TO ISSUE WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| U STOP CONVENIENCE SHOP, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's application to issue writ of continuing garnishment (Filing No. 25) against U Stop Convenience Shop. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the clerk of the court shall issue a Writ of Continuing Garnishment against U-Stop Convenience Shop, whose address is 2537 Randolph Street, Lincoln, Nebraska.

DATED this 22nd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court